

SOUTHERN DISTRICT OF MISSISSIPPI
**F I L E D**

JUL 0 6 2007

J. T. NOBLIN, CLERK
BY_____DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In re: INDUSTRIAL LIFE INSURANCE LITIGATION | MDL  NO. 1371 and consolidated MDLs |
|  | 5:04cv55 |
| ELDORA BURKES | CIVIL ACTION 04-2262 |
| v. |  |
| LIFE INSURANCE COMPANY OF GEORGIA | SECTION "F" |

<u>ORDER</u>

All proceedings that can be conducted for Civil Action Number 04-2262 have been conducted.  Accordingly, IT IS ORDERED: that Civil Action Number 04-2262 be returned to the transferor court for any further proceedings.

New Orleans, Louisiana, June 27, 2007.

MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

CLERK'S OFFICE
A TRUE COPY

JUN 2 8 2007

Deputy Clerk, U. S. District Court
Eastern District Of Louisiana
New Orleans, La.